UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LOVIE SANFORD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Cause No. 1:17-cv-4356-WTL-DLP |
| NAVIENT SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

The Court having granted this date the Defendant's motion for judgment on the pleadings, judgment is hereby **ENTERED** in favor of the Defendant and against the Plaintiff on all of the Plaintiff's claims.

SO ORDERED: 10/1/18

_William T Lawrence_
Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification